UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

POLYMATHIC PROPERTIES, INC.,

    Plaintiff,

    v.

DWAYNE W. MACK; NATHANIEL BASOLA SOBAYO,

    Defendants.

NO. CIV. S-12-2848 LKK/EFB PS

O R D E R

    Defendant has filed a document requesting that this court reconsider and "set aside" its order (ECF No. 6), which remanded this matter to the state court. Defendant's submission is a disjointed hodge-podge of statements, none of which offer any explanation for why the court should reconsider or set aside its order.

    No basis being apparent for the motion (ECF No. 7), it is **DENIED**.

    IT IS SO ORDERED.

    DATED: February 4, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT